UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OMEGA PATENTS, LLC,<br>a Georgia limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>BAYERISCHE MOTOREN WERKE AG, a Foreign company, and BMW OF NORTH AMERICA, LLC,<br><br>    Defendant. | Case No. 1:20-cv-01907-SDG |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant BMW of North America, LLC ("BMWNA"), hereby moves the Court to extend the time for BMWNA to answer or otherwise respond to Plaintiff Omega Patents, LLC's ("Omega") Complaint for a period of 60 days, through and including August 3, 2020. BMW's current deadline for responding to the Complaint is June 4, 2020.  BMWNA requests the extension because its headquarters are located in New Jersey, which is currently under a stay-at-home order due to the COVID-19 pandemic.  It is unclear at present when the stay-at-home order will be

-1-

lifted.[1]  BMWNA respectfully requests this extension to ensure a robust response to the Complaint.  Omega does not oppose this motion.

A proposed order is submitted herewith.

Dated: May 20, 2020

Respectfully submitted,

/s/ *Kara A. Specht*
Kara A. Specht (Ga. Bar No. 881687)
Samhitha M. Medatia (Ga. Bar No. 432323)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
271 17th Street, NW, Suite 1400
Atlanta, Georgia 30363
Telephone: (404) 653-6400
Fax: (404) 653-6444
Email: kara.specht@finnegan.com
Email: samhitha.medatia@finnegan.com

*Counsel for Defendant BMW of North America, LLC*

---

[1] *See, e.g.,* New Jersey Stay-at-Home Order, Executive Order No. 107 (Mar. 21, 2020) *available at* https://nj.gov/infobank/eo/056murphy/pdf/EO-107.pdf (indicating that the Order "shall remain in effect until revoked or modified by the Governor").

## CERTIFICATE OF SERVICE

Counsel for Defendant BMW of North America, LLC hereby certifies that on May 20, 2020 the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT and [PROPOSED] ORDER were electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ *Kara A. Specht*
Kara A. Specht (Ga. Bar No. 881687)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
271 17th Street, NW, Suite 1400
Atlanta, Georgia 30363
Telephone: (404) 653-6400
Fax: (404) 653-6444
Email: kara.specht@finnegan.com

*Counsel for Defendant BMW of North America, LLC*