# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| OMEGA PATENTS, LLC, a Georgia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BAYERISCHE MOTOREN WERKE AG, a Foreign company, and BMW OF NORTH AMERICA, LLC,<br><br>Defendants. | Case No.: 1:20-cv-01907-SDG |

**PLAINTIFF'S UNOPPOSED MOTION FOR A ONE-WEEK EXTENSION TO DEADLINES ASSOCIATED WITH THE RESPONSE AND REPLY TO DEFENDANT BMW OF NORTH AMERICA, LLC'S MOTION TO DISMISS (D.I. 43) AND OTHER CASE MANAGEMENT DEADLINES**

Plaintiff, Omega Patents, LLC ("Omega"), files this unopposed motion to extend deadlines with respect to the response and reply to BMW of North America, LLC's ("BMWNA") motion to dismiss, as well as deadlines pertaining to the parties' Rule 26 conference. As a result of several pressing deadlines in other matters, counsel proposes the following extension to various deadlines:

1

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Omega's Opposition to BMWNA's Motion to Dismiss | August 17, 2020 | August 24, 2020 |
| BMWNA's Reply in Support of its Motion to Dismiss | September 7, 2020 | September 14, 2020 |
| Rule 26(f) Conference | August 19, 2020 | August 26, 2020 |
| Joint Preliminary Report | September 2, 2020 | September 9, 2020 |

BMWNA has agreed to the proposed extensions requested herein. A proposed Order is attached hereto.

Respectfully submitted August 14, 2020.

/s/ Ryan T. Santurri
Brian R. Gilchrist, Florida Bar No. 774065
(*Admitted Pro Hac Vice*)
bgilchrist@allendyer.com
Ryan T. Santurri, Florida Bar No. 015698
(*Admitted Pro Hac Vice*)
rsanturri@allendyer.com
Allen, Dyer, Doppelt + Gilchrist, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, Florida  32801-3791
Telephone:  407-841-2330
Facsimile:   407-841-2343

Dan R. Gresham, Georgia Bar No. 310280
Dan.Gresham@thomashorstemeyer.com

2

                              Cynthia Lee, Georgia Bar No. 442999
                              Cynthia.Lee@thomashorstemeyer.com
                              Thomas│Horstemeyer, L.L.P.
                              3200 Windy Hill Road SE, Suite 1600E
                              Atlanta, Georgia 30339
                              Telephone:  770-933-9500
                              Facsimile:  770-951-0933
                              ***Attorneys for Plaintiff Omega Patents, LLC***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OMEGA PATENTS, LLC,<br>a Georgia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BAYERISCHE MOTOREN WERKE AG, a Foreign company, and BMW OF NORTH AMERICA, LLC,<br><br>Defendants. | Case No.: 1:20-cv-01907-SDG |

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2020, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

                                                      */s/ Ryan T. Santurri*
                                                      Ryan T. Santurri, Florida Bar No. 015698
                                                      (*Admitted Pro Hac Vice*)
                                                      rsanturri@allendyer.com
                                                      Allen, Dyer, Doppelt + Gilchrist, P.A.
                                                      255 South Orange Avenue, Suite 1401
                                                      Post Office Box 3791
                                                      Orlando, Florida 32801-3791
                                                      Telephone: 407-841-2330
                                                      Facsimile: 407-841-2343
                                                      ***Attorneys for Plaintiff Omega Patents, LLC***