**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OMEGA PATENTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-30-CFC |
| ) | |
| BAYERISCHE MOTOREN WERKE AG, ) | |
| a Foreign company, and BMW OF NORTH ) | |
| AMERICA, LLC, ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Stephen B. Brauerman and Ronald P. Golden III of Bayard, P.A. hereby enter their appearance as counsel on behalf of Plaintiff Omega Patents, LLC in the above captioned action.

January 27, 2021

                                              BAYARD, P.A.

                                              */s/ Stephen B. Brauerman*
                                              Stephen B. Brauerman (#4952)
                                              Ronald P. Golden III (#6254)
                                              600 N. King Street, Suite 400
                                              Wilmington, DE 19801
                                              (302) 655-5000
                                              sbrauerman@bayardlaw.com
                                              rgolden@bayardlaw.com

                                              *Attorneys for Plaintiff Omega Patents, LLC*