IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMEGA PATENTS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-030-CFC |
| | ) |
| BAYERISCHE MOTOREN WERKE AG and BMW OF NORTH AMERICA, LLC, | ) ) ) |
| | ) |
| Defendants. | ) |

## **STIPULATION**

Plaintiff Omega Patents, LLC and Defendant BMW of North America, LLC[1] hereby stipulate and agree, subject to the approval of the Court, that the deadline for submission of a Local Rule 81.2 statement is extended by 7 days to February 10, 2021.

---

[1] Defendant Bayerische Motoren Werke AG has not been served with the complaint, has not entered an appearance in the case, and has not waived its right to contest sufficiency of process and service of process (if/when effected), lack of personal jurisdiction, and any other such arguments as it may deem appropriate. This stipulation is agreed to by Omega Patents, LLC and BMW of North America, LLC only.

| | |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Andrew E. Russell* |
| Stephen B. Brauerman (No. 4952) | Karen E. Keller (No. 4489) |
| Ronald P. Golden, III (No. 6254) | Andrew E. Russell (No. 5382) |
| BAYARD, P.A. | SHAW KELLER LLP |
| 600 N. King Street | I.M. Pei Building |
| Suite 400 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 298-0700 |
| sbrauerman@bayardlaw.com | kkeller@shawkeller.com |
| rgolden@bayardlaw.com | arussell@shawkeller.com |
| *Attorneys for Plaintiff Omega Patents, LLC* | *Attorneys for Defendant BMW of North America, LLC* |

Dated: February 3, 2021

SO ORDERED this _____ day of February, 2021.

_____
United States District Judge