IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMEGA PATENTS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAYERISCHE MOTOREN WERKE AG, a )<br>Foreign company, and BMW OF NORTH )<br>AMERICA, LLC, )<br>Defendants. ) | Case No. 21-30-CFC |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**

The United States District Court for the District of Delaware presents its compliments to the Appropriate Judicial Authority of Germany and requests international assistance to effect service of process to be used in a civil proceeding before this court in the above-captioned matter. A hearing is not yet scheduled in this matter but will likely be in 2021 in Wilmington, Delaware, U.S.A.

**REQUEST**

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Germany effect service of process on:

Bayerische Motoren Werke AG
Petuelring 130, BMW Haus,
Munich, 80788, Germany

Service is to be made upon **Bayerische Motoren Werke AG** of the following documents:

**Complaint for Patent Infringement with Exhibit A**
**Civil Cover Sheet**
**Alias Summons in a Civil Action**

1

**Report on the Filing or Determination of an Action Regarding a Patent or Trademark**

This Court requests that the Appropriate Judicial Authority of Germany serve the above-named documents by personal service into the hands of a **Bayerische Motoren Werke AG** director, or through managing agent to another person authorized to accept service on behalf of Bayerische Motoren Werke AG, or in a manner of service consistent with the laws of Germany.

## FACTS OF THE CASE

Omega Patents, LLC ("Plaintiff") brings this action and makes the following allegations of patent infringement relating to U.S. Patent No. 9,458,814 B2 (the "'814 Patent"). Defendants Bayerische Motoren Werke AG and BMW of North America, LLC ("Defendants") infringe on the '814 Patent in violation of the patent laws of the United States of America, 35 U.S.C. § 1 *et seq.*

## OFFER OF RECIPROCAL ASSISTANCE

The United States District Court for the District of Delaware is willing to provide similar assistance to the judicial authorities of Germany. *See* 28 U.S.C. § 1696(a).

## REIMBURSEMENT FOR COSTS

Counsel for Omega Patents, LLC is willing to reimburse the judicial authorities of Germany for costs incurred in executing the U.S. District Court's Letter Rogatory. Omega Patents, LLC's counsel is Stephen B. Brauerman of Bayard, P.A., at 600 North King Street, Suite 400, Wilmington, Delaware 19801.

DATED: *February 24, 2021*

[SEAL OF COURT]

_____
The Honorable Colm F. Connolly
United States District Court Judge
District of Delaware
Wilmington, Delaware 19801
U.S.A.

2