IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMEGA PATENTS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAYERISCHE MOTOREN WERKE )<br>AG AND BMW OF NORTH )<br>AMERICA, LLC, )<br>)<br>Defendants. ) | C.A. No. 21-030-CFC |

## JOINT STATUS REPORT

Plaintiff Omega Patents, LLC ("Omega") and Defendant BMW of North America, LLC ("BMW NA") (collectively "the parties") in accordance with the Order to Stay Pending *Inter Partes* Review (D.I. 85), file this Joint Status Report as follows:

1. On May 25, 2022, the parties submitted a Joint Status Report (D.I. 86) indicating that the Patent Trial and Appeal Board ("PTAB") issued a Final Written Decision in IPR2021-00181 as to all claims (1-31) of U.S. Patent 9,458,814 on May 9, 2022.

2. In accordance 35 U.S.C. § 142; 37 C.F.R. §§ 90.3(a)(1) and (b)(1), a party may file any notice of appeal with the Director of the USPTO within 63 days after the date of the final written decision.

1

3. On July 11, 2022, Omega filed its notice of appeal of the Final Written Decision.

4. As such, the parties shall file a Third Joint Status Report with the Court within 30 days of resolution of the appeal of the aforesaid *Inter Partes* Review action.

| | |
|---|---|
| */s/ Ronald P. Golden III* | */s/ Andrew E. Russell* |
| Stephen B. Brauerman (No. 4952) | Karen E. Keller (No. 4489) |
| Ronald P. Golden, III (No. 6254) | Andrew E. Russell (No. 5382) |
| BAYARD, P.A. | SHAW KELLER LLP |
| 600 N. King Street | I.M. Pei Building |
| Suite 400 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 298-0700 |
| sbrauerman@bayardlaw.com | kkeller@shawkeller.com |
| rgolden@bayardlaw.com | arussell@shawkeller.com |
| *Attorneys for Plaintiff Omega Patents, LLC* | *Attorneys for Defendant BMW of North America, LLC* |

Dated: July 25, 2022

SO ORDERED, this _____ day of _____, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE