IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMEGA PATENTS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-030-WCB |
| | ) |
| BAYERISCHE MOTOREN WERKE AG AND BMW OF NORTH AMERICA, LLC, | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT AND STIPULATION OF DISMISSAL**

Plaintiff Omega Patents, LLC ("Omega") and Defendant BMW of North America, LLC ("BMW NA") (collectively "the parties") in accordance with the Order to Stay Pending *Inter Partes* Review (D.I. 85), file this Joint Status Report as follows:

1. On May 9, 2022, the Patent Trial and Appeal Board ("PTAB") issued a Final Written Decision in IPR2021-00181 as to claims 1-31 of U.S. Patent 9,458,814 ("the '814 Patent").

2. On July 25, 2022, the parties submitted a Joint Status Report (D.I. 87) indicating that Omega filed its notice of appeal of the PTAB's Final Written Decision in IPR2021-00181 on July 11, 2022.

1

3. On January 22, 2024, the United States Court of Appeals for the Federal Circuit entered an Order Affirming the decision of the PTAB finding the claims of the '814 Patent to be invalid in Case No. 2022-2012.

4. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this action be dismissed with prejudice, with each party bearing its fees and costs.

| | |
|---|---|
| */s/ Ronald P. Golden III* | */s/ Andrew E. Russel* |
| Stephen B. Brauerman (No. 4952) | Karen E. Keller (No. 4489) |
| Ronald P. Golden III (No. 6254) | Andrew E. Russell (No. 5382) |
| BAYARD, P.A. | SHAW KELLER LLP |
| 600 N. King Street | I.M. Pei Building |
| Suite 400 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 298-0700 |
| sbrauerman@bayardlaw.com | kkeller@shawkeller.com |
| rgolden@bayardlaw.com | arussell@shawkeller.com |
| *Attorneys for Plaintiff Omega Patents, LLC* | *Attorneys for Defendant BMW of North America, LLC* |
| Dated: February 21, 2024 | |

SO ORDERED this 26th day of February, 2024.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE